AO 440 (Rev. 06/12) Summons in a Civil Action

Receipt# 40707
Check# 28727



# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

004767

| | |
|---|---|
| Kilts Contracting, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Anadarko Petroleum Corporation <br><br> *Defendant(s)* | Civil Action No. 4:15-cv-194 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anadarko Petroleum Corporation through its registered agent, CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX, whose principal place of business is P O Box 1330, Houston, TX 77251-1130.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert D Brown
Donato Minx Brown PC
3200 SW Fwy
Ste 2300
Houston, TX 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT David J Bradley

Date: 01/23/2015

*Signature of Clerk or Deputy Clerk*

[Stamp: 2015 JAN 30 AM 10:20 CONSTABLES OFFICE PCT 1 RECEIVED, 1201 S. POLK ST, DALLAS, TEXAS]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:15-cv-194

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* **JAN 3 0 2015 @ 10:50**

☒ I personally served the summons on the individual at *(place)* **1999 Bryan Street, Suite #900, Dallas, Texas 75201-3140**
on *(date)* **JAN 3 0 2015 @ 3:30**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* **JAN 3 0 2015 @ 3:30**, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **MARIA GARCIA**, who is designated by law to accept service of process on behalf of *(name of organization)* **CT CORPORATION SYSTEM**
on *(date)* **JAN 3 0 2015**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ **Service Fee: $80.00** for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **JAN 3 0 2015**

**ANADARKO PETROLEUM CORPORATION**
by delivering to the defendant's registered agent for service, C. T. CORPORATION SYSTEM, through their authorized employee to accept service **MARIA GARCIA, OPERATIONS SPECIALIST,** at 1999 Bryan St. Ste. 900 Dallas, Texas 75201

*Server's signature*

F.A. BROMLEY #402, Asst. Chief Deputy
*Printed name and title*

4201 S. Polk St., #100, Dallas, TX 75232
*Server's address*

**CLEOPHAS R. STEELE, JR.,
CONSTABLE, DALLAS COUNTY PCT. 1**

Additional information regarding attempted service, etc:

# CONSTABLE'S RETURN

**Style of Case:** KILTS CONTRACTING, INC., v., ANADARKO PETROLEUM CORPORATION

Came into hand, this **30** day of **January**, 20 **15**, at **10:50** **A.** M. by executing and delivering a **U.S. District Court Summons** issued out of the state of **TEXAS** under cause number: **4:15-cv-194** on the **30** Day of **January**, 20 **15**, at **3:30** o'clock **P.** M., to:

_____ personally delivered/served true and correct copies of same.

**OTHER NOTES:** _____

_____ pursuant to Rule 106/Rule 536, to an occupant:
_____ over the age of 16 years.

☐ _____ pursuant to Rule 106/Rule 536, by securely attaching and/or affixing to the _____ of the defendant's last known place of
☐ Business  ☐ abode.

☒ **Anadarko Petroleum Corporation**          ☒ A Corporation  ☐ A Business

**Name:**   C T CORPORATION SYSTEM        ☐ President ☐ Vice-President ☒ Registered Agent

☒ By delivering to C T CORPORATION SYSTEM through their authorized employee to accept service through their authorized employee to accept service: **Maria Garcia, Operations Specialist,**

**Service Address:**   1999 BRYAN STREET, SUITE #900, DALLAS, TEXAS 75201

RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS

_____

**Service Fees:** $ **80.00**

_[signature]_

F. A. BROMLEY #102   DEPUTY CONSTABLE
CLEOPHAS R. STEELE JR, CONSTABLE
DALLAS COUNTY PRECINCT 1

COUNTY OF DALLAS §
§
STATE OF TEXAS §

**SIGNED AND SWORN BY SAID** _____ , before me, this _____
day of _____ 20 _____ , to certify which, witness my hand and seal of office.

_____
NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS

# CONSTABLE'S RETURN

**Style of Case:** COLLINS BACKHOE & WATER SERVICE, v., ANADARKO PETROLEUM CORPORATION

Came into hand, this **30** day of **January**, 20 **15**, at **10:49 A.** M. by executing and delivering a **U.S. District Court Summons** issued out of the state of **TEXAS** under cause number: **4:15-cv-196** on the **30** Day of **January**, 20 **15**, at **3:30** o'clock **P.** M., to: _____ personally delivered/served true and correct copies of same.

**OTHER NOTES:** _____

_____ pursuant to Rule 106/Rule 536, to an occupant: _____ over the age of 16 years.

☐ _____ pursuant to Rule 106/Rule 536, by securely attaching and/or affixing to the _____ of the defendant's last known place of
☐ Business  ☐ abode.

☒ **Anadarko Petroleum Corporation**      ☒ A Corporation   ☐ A Business

**Name:** **C T CORPORATION SYSTEM**   ☐ President ☐ Vice-President ☒ Registered Agent

☒ **By delivering to C T CORPORATION SYSTEM through their authorized employee to accept service through their authorized employee to accept service: Maria Garcia, Operations Specialist,**

**Service Address:** **1999 BRYAN STREET, SUITE #900, DALLAS, TEXAS 75201**

RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS

_____
_____

**Service Fees: $ 80.00**

F. A. BROMLEY #102   DEPUTY CONSTABLE
**CLEOPHAS R. STEELE JR, CONSTABLE**
**DALLAS COUNTY PRECINCT 1**

COUNTY OF DALLAS §
§
STATE OF TEXAS §

**SIGNED AND SWORN BY SAID** _____, before me, this _____ day of _____ 20 ____, to certify which, witness my hand and seal of office.

_____
NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS